**Order entered October 12, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01178-CV

### IN RE THE COMMITMENT OF JOHNNY DOYLE BROWN, Appellant

**On Appeal from the 86th Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 94099-86**

## ORDER

The Court **GRANTS** court reporter Elizabeth Woods's October 10, 2016 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Woods to file the reporter's record within **TEN DAYS** from the date of this order.

/s/     Elizabeth Lang-Miers
        JUSTICE